LOCKWOOD *v.* FARMERS AND MERCHANTS BANK OF BYROMVILLE.

BECK, J. Where suit was brought against a named individual upon a promissory note payable to Farmers & Merchants Bank of Byromville, which was attached to the declaration, and in the statement of the plaintiff's name in the petition the plaintiff was designated as "Farmers & Merchants of Byromville," the petition was amendable by inserting the word "Bank" in the name of the plaintiff, so as to make it read "Farmers & Merchants Bank of Byromville."

*Judgment affirmed. All the Justices concur.*
MAY 9, 1916.

Complaint. Before Judge George. Dooly superior court. August 2, 1915.

*Crum & Jones,* for plaintiff in error. *Jule Felton,* contra.